# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID JOHNS BRYSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-05-1150-F |
| ROBERT H. MACY, *et al.,* | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL BY DEFENDANT GONZALES

COMES NOW a Defendant, Sam Gonzales, and hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order denying his Motion to Dismiss (in part) upon qualified immunity in his individual capacity entered in this action on the 1st day of March, 2007.

        Respectfully submitted,

        KENNETH JORDAN
        Municipal Counselor

By: /s/ Richard C. Smith
     Richard C. Smith, OBA #8397
     Amanda B. Carpenter, OBA #20965
     Assistant Municipal Counselors
     200 North Walker, Suite 400
     Oklahoma City, Oklahoma 73102
     (405) 297-2451 (405) 297-3851
     Attorneys for Defendants City of Oklahoma City,
     Campbell, Wilhelm, McBride, Wilder, & Gonzales

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of March, 2007, I electronically transmitted the attached Notice of Appeal by Defendant Gonzales to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Mark Barrett, P.O. Box 896, Norman, OK 73070, Attorney for Plaintiff; and John Jacobsen, Assistant District Attorney, 320 Robert S. Kerr, Suite 505, Oklahoma City, OK 73102, Attorney for Defendant Macy; and Melvin C. Hall, Riggs, Abney, Neal, Turpen, Orbison & Lewis, the Paragon Building, Suite 101, 5901 Broadway Extension, Oklahoma City, OK 73118-7489, Attorney for Defendant Joyce Gilchrist.

/s/ Richard C. Smith
Assistant Municipal Counselor

Y:\Bryson v. Macy CIV-05-1150-F RCS\Notice 10th Cir App..doc